THE LAW OFFICES OF WILLIAM D. WARE, ESQ.
154 U.S. Highway 206
Chester, New Jersey
Tel: 908-955-7065
Fax: 908-955-7066
Email: wdw@williamwarelaw.com

| | |
|---|---|
| United States of America : | Crim. No – 09-721 (DRD) |
| vs. : | |
| : | CONSENT ORDER |
| Christopher J. Mc Ateer : | |
| : | |

**THIS MATTER having come before the Court** on the joint application of Assistant United States Attorney for the District of New Jersey (Zach Intrater appearing), and defendant Christopher Mc Ateer (William D. Ware, Esq., appearing), for an order permitting the following, to wit:

**IT IS,** therefore on this 18th day of December, 2012,

**ORDERED** that on 12-22-12, from 6:30-11 p.m., the defendant is permitted to attend his office Christmas dinner at Ron's Landing in Netcong, N.J., and thereafter defendant must return to his residence

The Defendant is permitted on 12/25/12, from 3-11 p.m., to be present at his Parent's home on located at 8 Shawnee Road, Denville, N.J., and thereafter defendant must return to his residence

_____
THE HON.                              U.S.D.C.J.